# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of June, two thousand and sixteen.

_____

Amy Batoh, as Personal Representative of the Estate of Kyle Kimball, Deceased,

    Plaintiff - Appellant-Cross-Appellee,

v.

McNeil-PPC, Inc., Johnson & Johnson,

    Defendants - Appellee-Cross-Appellant.
_____

**ORDER**

Docket Nos. 16-1060(L), 16-1288(XAP)

      Appellant-Cross-Appellee moves for dismissal of the cross-appeal in docket no. 16-1288. Appellee-Cross-Appellant does not oppose the motion.

      IT IS HEREBY ORDERED that the motion is GRANTED.

      For the Court:

      Catherine O'Hagan Wolfe,
      Clerk of Court