UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of November, two thousand and sixteen,

Amy Batoh, as Personal Representative of the Estate of Kyle Kimball, Deceased,

      Plaintiff - Appellant-Cross-Appellee,

v.

McNeil-PPC, Inc., Johnson & Johnson,

      Defendants - Appellee-Cross-Appellant,

McNeil Consumer Healthcare Division Of McNeil-PPC, Inc., Janssen Pharmaceutical Research and Development, LLC, Janssen Pharmaceuticals, Inc.,

      Defendants.

**ORDER**
Docket No. 16-1060

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 11/03/2016